# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CHAMPION, | Case No.: 1:11-cv-01504 - JLT |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (Doc. 14) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties have stipulated by counsel to extend the period of time for Plaintiff to file an opening brief. (Doc. 15). The Scheduling Order allows a single thirty-day extension by stipulation (Doc. 9-1 at 4), and this is the first extension requested by the parties.

Accordingly, it is **HEREBY ORDERED:**

1. Plaintiff is granted an extension of time until **June 18, 2012**, to file an opening brief;

2. Defendant's opposition shall be filed no later than **July 18, 2012**; and

3. Plaintiff's reply brief, if any, shall be filed no later than **August 1, 2012**.

IT IS SO ORDERED.

Dated:  **April 18, 2012**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE