UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL L. CHAMPION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:11-cv-01504 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On February 4, 2013, Plaintiff Cheryl Champion and Defendant Michael J. Astrue, Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d) and 1920. (Doc. 23).

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $3,850.00 is **AWARDED** to Plaintiff, Cheryl Champion.

IT IS SO ORDERED.

Dated: **February 8, 2013**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1