UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CHAMPION, | ) Case No.: 1:11-cv-01504 - JLT |
| Plaintiff, | ) ORDER GRANTING MOTION FOR |
| | ) MODIFICATION OF THE FEE AWARD UNDER |
| v. | ) 42 U.S.C. § 406(b) |
| CAROLYN W. COLVIN, | ) (Doc. 30) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Plaintiff's counsel Steven Rosales requests that the Court modify its order awarding attorneys' fees pursuant to 42 U.S.C. § 406(b), asserting information learned after the order was issued indicates the fee award should be reduced. (Doc. 30) The Court awarded fees in the amount of $18,733.50, based upon the retroactive benefits Plaintiff received, which totaled $74,940.00. (Doc. 29) However, according to Mr. Rosales:

> The Commissioner ultimately determined, however, that Plaintiff had already received $5,377.00 in benefits beginning December 2012 through May 2013 and deducted that amount from Plaintiff's retroactive benefits (Exhibit A). Consequently, counsel was entitled to an award of twenty-five percent of the actual amount awarded—twenty-five percent of $69,539.00, which totals $17,384.75 (Exhibit A).

(Doc. 30 at 3) As a result, "Counsel's request for $18,733.50 exceeded the actual retroactive benefit due to imperfect information available at the time." (*Id.*)

Further, Mr. Rosales learned "that his client's prior administrative Counsel who assisted his client with the administrative proceedings before and after the civil action was filed independently

sought, was approved, and received a fee in the amount of $13,038.53." (Doc. 30 at 3)  This award reduced the amount of money held by the Social Security Administration for the purposes of a fee award.  (*Id.*)  Accordingly, Mr. Rosales was only entitled to an award of $4,346.00.  (*Id.* at 3-4)

Based upon the information provided by Counsel regarding the past due benefits paid to Plaintiff and the award of attorney fees granted to her prior counsel, it is clear the fee award must be modified.  Accordingly, the Court **ORDERS**:

1. The request for modification of the fee award is **GRANTED**;
2. The fee award is **AMENDED** to $4,346.00;
3. The Commissioner is **DIRECTED** to pay the amount of $4,346.00 directly to Counsel; and
4. Counsel is **DIRECTED** to refund the fees that have been paid to Counsel by the Commissioner, in the amount of $3,500.00, to Plaintiff Cheryl Champion.

IT IS SO ORDERED.

Dated:   **December 1, 2016**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE